UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Breeding, | No. 1:23-cv-00300-KJM-KJN |
| Plaintiff, | ORDER |
| v. | |
| Walmart, Inc., et al., | |
| Defendants. | |

The unopposed motion for leave to amend the complaint is **granted.** *See* Fed. R. Civ. P. 15(a)(2) ("The court should freely give leave when justice so requires."); *Foman v. Davis*, 371 U.S. 178, 182 (1962) (listing reasons to deny, none of which applies to this case). This order resolves ECF No. 12.

IT IS SO ORDERED.

DATED: November 15, 2023.

CHIEF UNITED STATES DISTRICT JUDGE