UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Breeding, | No. 1:23-cv-00300-KJM-KJN |
| Plaintiff, | ORDER |
| v. | |
| Walmart, Inc., et al., | |
| Defendants. | |

The stipulated request to amend the pretrial scheduling order is **granted** for good cause shown, *see* Fed. R. Civ. P. 16(b)(4), i.e., to allow the parties to prepare for and attend private mediation and to account for plaintiff's physical and mental conditions, *see Stip.*, ECF No. 19.

- Fact discovery must be completed by **August 16, 2024**.
- Experts must be disclosed by **September 6, 2024**.
- Rebuttal experts must be disclosed by **September 27, 2024**.
- All expert discovery must be completed by **October 25, 2024**.
- Dispositive motions must be filed by **November 1, 2024** and noticed for the first available civil law and motion hearing.
- A final pretrial conference and trial will be set at a later date as necessary.

/////

/////

1

1       This order may be modified only for good cause.

2       IT IS SO ORDERED.

3  DATED: November 29, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE